1 | KEVIN V. RYAN
United States Attorney
2 | JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
3 | ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney
4
5 | 450 Golden Gate Avenue, 10th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-6813
6 | Facsimile: (415) 436-6748
Email: andrew.cheng@usdoj.gov
7
Attorneys for Defendant
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11
KEVIN POULSEN, ) No. C 06-1743 SI
12 | ) **E-FILING CASE**
Plaintiff, )
13 | ) **JOINT STIPULATION AND**
v. ) **[PROPOSED] ORDER TO CONTINUE**
14 | ) **CASE MANAGEMENT CONFERENCE**
U.S. DEPARTMENT CUSTOMS AND )
15 | BORDER PROTECTION, ) Date: July 7, 2006
) Time: 2:00 p.m.
16 | Defendant. ) Ctrm: 10, 19th Floor
)
17

18    The parties, by and through their respective attorneys, request that the case management

19 conference currently scheduled for July 7, 2006, at 2:00 p.m. be moved to **July 21, 2006,** at **2:00**

20 **p.m.**

21    The request is based on defense counsel's unavailability because of a previously

22 scheduled vacation.

23                                          Respectfully submitted,

24

25                                          KEVIN V. RYAN
                                            United States Attorney
26

27 Dated: April 14, 2006

                                            /s/
28                                          ANDREW Y.S. CHENG
                                            Assistant United States Attorney
///

1
2  Dated: April 14, 2006                    /s/_____
3                                           LAUREN GELMAN
                                            Attorney for Plaintiff
4
5
6                                   **ORDER**

   The case management conference is continued to July 21, 2006, at 2:00 p.m. The
7
   case management conference statements shall be due on July 14, 2006.
8
       **IT IS SO ORDERED.**
9
10
11 Dated: _____         _____
                                  SUSAN ILLSTON
12                                United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO CONTINUE CMC,
C 06-1743 SI                              2