IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POULSEN,<br><br>　　　　Plaintiff,<br>　v.<br>U.S. DEPARTMENT OF CUSTOMS AND BORDER PROTECTION,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 06-01743 SI<br><br>**ORDER DENYING *EX PARTE* MOTION TO CONTINUE SUMMARY JUDGMENT HEARING DATE** |

Defendant has filed an *ex parte* motion to continue the hearing date on plaintiff's motion for summary judgment, originally set to be heard on May 21, 2006, to mid-June. The Court has already moved the hearing date to May 28, 2006, because of Court calendaring conflicts. The Court DENIES defendant's request to move the hearing date again.

Defendant's articulated reason for seeking the delay relates to its desire to take plaintiff's deposition. However, as plaintiff points out in his opposition and as is apparent from defendant's motion itself, there is little to be gained by deposing plaintiff prior to briefing or hearing on this motion. Defendant's only concrete example of an area for exploration at deposition is that defendant seeks to "prove the foundation that plaintiff has for the statements made in his declaration, such as in paragraphs 4-5." However, paragraphs 4 and 5 simply recite that plaintiff read an AP story – copy attached – and that he wrote a FOIA request about it – copy attached. Plaintiff's deposition would add nothing material to these assertions.

///

This Court will not, as plaintiff requests, enter a protective order against his deposition. However, the Court sees no need to adjust the summary judgment hearing schedule to accommodate taking plaintiff's deposition.

**IT IS SO ORDERED.**

Dated: April 20, 2006

SUSAN ILLSTON
United States District Judge

2