United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN POULSEN,                                      No. C 06-01743 SI

           Plaintiff,                        **ORDER RE: *IN CAMERA* REVIEW OF DOCUMENTS**

  v.

U.S. CUSTOMS & BORDER PROTECTION,

           Defendant.
                                /

After review of the parties' cross-motions for summary judgment, the Court determines that an *in camera* review of the documents at issue is necessary in order to assess defendant's assertions of exemptions and segregability of non-exempt material. At the May 26, 2006 hearing, both parties stated they had no objection to an *in camera* review.

Accordingly, defendant shall lodge **by June 9, 2006** unredacted copies of the following documents (as described in the Suzuki Declarations): Documents 1-4, 8, and 10-15.[1] Plaintiff's reply states he does not challenge that Documents 5-7 and 9, as described in the Suzuki Declaration, are properly exempted.

**IT IS SO ORDERED.**

Dated: June 5, 2006

SUSAN ILLSTON
United States District Judge

---

[1] It is unclear to the Court whether these documents include the six pages of redacted documents already provided to plaintiff. Defendant shall include unredacted copies of these documents for the *in camera* review.