| | |
|---|---|
| 1 | KEVIN V. RYAN<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | ANDREW Y.S. CHENG (SBN 164613)<br>Assistant United States Attorney |

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6813
    Facsimile: (415) 436-6748
    Email: andrew.cheng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN POULSEN,<br>                Plaintiff,<br>   v.<br>U.S. DEPARTMENT CUSTOMS AND<br>BORDER PROTECTION,<br>                Defendant. | No. C 06-1743 SI<br>**E-FILING CASE**<br><br>**JOINT STIPULATION AND<br>[PROPOSED] ORDER TO CONTINUE<br>CASE MANAGEMENT CONFERENCE**<br><br>Date: July 21, 2006<br>Time: 2:00 p.m.<br>Ctrm: 10, 19th Floor |

    The parties, by and through their respective attorneys, request that the case management conference currently scheduled for July 21, 2006, at 2:00 p.m. be moved to **August 18, 2006,** at **2:00 p.m.**

    The fully briefed summary judgment motion is currently pending before this Court. If the Court has not ruled on the motion by the date of the proposed case management conference in August, the parties will be prepared to set forth their respective discovery plans and request an appropriate trial date.

                                                                        Respectfully submitted,

                                                                        KEVIN V. RYAN
                                                                        United States Attorney

Dated: July 11, 2006

                                                                       _____/s/_____
                                                                        ANDREW Y.S. CHENG
                                                                        Assistant United States Attorney

1
2
3  Dated: July 11, 2006                              ____/s/_____
4                                                   LAUREN GELMAN
                                                    Attorney for Plaintiff
5
6
7                                         **ORDER**
8       The case management conference is continued to August 18, 2006, at 2:00 p.m.
   The case management conference statements shall be due on August 11, 2006.
9
10      **IT IS SO ORDERED.**
11
12  Dated: _____            _____
                                        SUSAN ILLSTON
13                                      United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO CONTINUE CMC,
C 06-1743 SI                          2