Lauren Gelman, State Bar No. 228734
Jennifer Stisa Granick, State Bar No. 168423
Megan Adams, Certified Law Student
STANFORD LAW SCHOOL
CYBERLAW CLINIC
CENTER FOR INTERNET & SOCIETY
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-3358
Facsimile: (650) 723-4426
E-mail: gelman@stanford.edu

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN POULSEN, | Case No.: C 06-1743 SI |
| Plaintiff, | JOINT STIPULATON AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, | Current Date: August 18, 2006<br>Current Time: 2:00 p. m.<br>Proposed Date:<br>Proposed Time: |
| Defendant. | Courtroom: 10, 19th Floor |

Subject to court approval, the parties, by and through their respective counsel, stipulate that the case management conference now scheduled for August 18, 2006 at 2:00 p. m. be continued to September 8, 2006 at 2:00 p. m..

The parties stipulate to this continuance in order to accommodate a medical need of

//

//

1

JOINT STIPULATON AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE
Case No. C-06-1743 SI

plaintiff's counsel.

Dated: August 14, 2006

STANFORD LEGAL CLINIC
CYBERLAW CLINIC
CENTER FOR INTERNET AND
   SOCIETY


by /s/ *Lauren Gelman*
   Lauren Gelman
   Attorneys for Plaintiff

Dated: August 14, 2006

KEVIN V. RYAN
United States Attorney


by /s/ *Andrew Y.S. Cheng*
   Andrew Y. S. Cheng
   Assistant United States Attorney
   Attorneys for Defendant

**IT IS SO ORDERED.**

Dated:

_____
SUSAN ILLSTON
United States District Judge