Lauren Gelman Esq., CA Bar No. 228734
Jennifer Stisa Granick Esq., CA Bar No. 168423
STANFORD LAW SCHOOL
CYBERLAW CLINIC
CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, CA 94305
(650) 724-0014

*Attorneys for Plaintiff*

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN POULSEN, | Case No. C-06-1743 SI |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

The deadline for filing Plaintiff's Motion for Attorney's Fees is extended to October 27, 2006.

**IT IS SO ORDERED.**

Dated: _____

_____
SUSAN ILLSTON
United States District Judge