Lauren Gelman Esq., CA Bar No. 228734
Jennifer Stisa Granick Esq., CA Bar No. 168423
STANFORD LAW SCHOOL
CYBERLAW CLINIC
CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, CA 94305
(650) 724-0014

Attorneys for: Plaintiff

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN POULSEN, | Case No. C-06-1743 SI |
| Plaintiff, | |
| vs. | JOINT STIPULATION TO EXTEND TIME FOR FILING MOTION FOR ATTORNEY'S FEES |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

Subject to Court approval, the parties stipulate the deadline for filing Plaintiff's Motion for Attorney's Fees in the above caption action be extended from October 27, 2006 to November 3, 2006. The parties seek this extension so that they may meet and confer regarding Plaintiff's request for fees.

-1-

JOINT STIPULATION TO EXTEND TIME FOR FILING MOTION OF AWARD OF ATTORNEY'S FEES

Case No. C-06-1743 SI

1 Dated: October 25, 2006            STANFORD LEGAL CLINIC
2                                    CYBERLAW CLINIC
                                     CENTER FOR INTERNET & SOCIETY
3

4                                    By: _____/S/_____
                                         Lauren Gelman
5                                        Attorneys for Plaintiff

6

7 Dated: October 26, 2006            KEVIN V. RYAN
                                     United States Attorney
8

9
                                     By: _____/S/_____
10                                       Andrew Y.S. Cheng
                                         Assistant United States Attorney
11                                       Attorneys for Defendant

-2-

JOINT STIPULATION TO EXTEND TIME FOR FILING MOTION OF AWARD OF ATTORNEY'S FEES

Case No. C-06-1743 SI

## ORDER

The deadline for filing Plaintiff's Motion for Attorney's Fees is extended to November 3, 2006.

**IT IS SO ORDERED.**

Dated: _____

_____
SUSAN ILLSTON
United States District Judge